Date Signed:
April 21, 2017



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| In re<br><br>ROBERT MICHAEL CORDOVA,<br><br>Debtor. | Case No. 13-00266<br>(Chapter 13)<br><br>**STIPULATED ORDER REGARDING CREDITOR AMERICAN SAVINGS BANK, F.S.B.'S PROOF OF CLAIM**<br><br>Judge:   Hon. Robert J. Faris |

**STIPULATED ORDER REGARDING CREDITOR
AMERICAN SAVINGS BANK, F.S.B.'S PROOF OF CLAIM**

Debtor ROBERT MICHAEL CORDOVA ("Debtor") and Creditor AMERICAN SAVINGS BANK, F.S.B. ("Creditor ASB"), by and through their respective undersigned counsel, do hereby STIPULATE AND AGREE as follows:

WHEREAS:

1.   On March 24, 2007, Debtor entered into an American Savings Bank, F.S.B. Equity Express Account Agreement ("Equity Agreement"), secured by a

Mortgage and Financing Statement ("Mortgage") on the Debtor's property located at 4471 Opana Place, Haiku, Hawaii 96708. The Mortgage was recorded in the Land Court on March 31, 2008, as Document No. 3728021.

2. On February 17, 2010, Debtor received a discharge under Chapter 7 of the Bankruptcy Code in Case No. 09-02637, discharging any unsecured amounts he personally owed to Creditor ASB under the Equity Agreement. The discharge did not affect Creditor ASB's Mortgage lien.

3. On February 21, 2013, Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code, commencing the instant bankruptcy case. (Dkt. #1).

4. On March 17, 2013, Creditor ASB filed a Proof of Claim setting forth a secured claim in the amount of $249,500.45, arising out of the Equity Agreement and Mortgage lien. (Claim 2-1).

5. On May 9, 2013, this Court entered an Order Confirming Chapter 13 Plan. (Dkt. #19).

6. On May 9, 2013, this Court also entered an Order Granting Plan Motion to Value Collateral, voiding Creditor ASB's Mortgage lien, provided Debtor successfully completes his Chapter 13 Plan and receives a Chapter 13 discharge. (Dkt. #20). Trustee treats Creditor ASB's proof of claim as unsecured based on the Order Granting Motion to Value Collateral.

2

T:\Data\Cordova, Robert\Pleadings\Drafts\Stip Order re ASB POC v2.docx

U.S. Bankruptcy Court - Hawaii #13-00266 Dkt # 59 Filed 04/21/17 Page 2 of 4

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, AND IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

A. Provided that Debtor fully performs under the terms of his Chapter 13 Plan and a Chapter 13 discharge is entered in this case, Creditor ASB does not hold an unsecured claim and Creditor ASB's proof of claim shall be deemed disallowed.

B. Upon entry of Debtor's Chapter 13 discharge, Creditor ASB's lien shall be deemed void and terminated. To evidence the termination of Creditor ASB's lien, Debtor will record the Order Confirming Chapter 13 Plan, the Order Granting Plan Motion to Value Collateral, and the Discharge.

DATED: Honolulu, Hawaii, April 18, 2017.

STIPULATED AND SO AGREED:

/s/ STEVEN GUTTMAN
STEVEN GUTTMAN
DAWN EGUSA
Attorneys for Debtor
ROBERT MICHAEL CORDOVA

/s/ SUSAN TIUS
SUSAN TIUS
Attorney for Creditor
AMERICAN SAVINGS BANK, F.S.B.

NO OBJECTION:

/s/ *(signature)*

HOWARD M.S. HU
Chapter 13 Trustee


Submitted by:

KESSNER UMEBAYASHI
BAIN & MATSUNAGA
Attorneys at Law
A Law Corporation

STEVEN GUTTMAN     1289-0
DAWN EGUSA         9359-0
220 South King Street, Suite 1900
Honolulu, Hawaii 96813
Telephone No. (808) 536-1900
Facsimile No. (808) 529-7177
Email: kdubm_bk@kdubm.com

Attorneys for Debtor
ROBERT MICHAEL CORDOVA

4

T:\Data\Cordova, Robert\Pleadings\Drafts\Stip Order re ASB POC v2.docx
U.S. Bankruptcy Court - Hawaii   #13-00266   Dkt # 59   Filed 04/21/17   Page 4 of 4