United States Bankruptcy Court  
District of Hawaii

In re:                                                                                                                  Case No. 13-00266-rjf  
Robert Michael Cordova                                               Chapter 13  
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0975-1           User: lisa                  Page 1 of 1               Date Rcvd: Jul 10, 2017  
                            Form ID: H9022            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2017.  
db           +Robert Michael Cordova,    4471 Opona Place,    Haiku, HI 96708-5385

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr            E-mail/Text: bankruptcy@asbhawaii.com Jul 11 2017 02:25:54     American Savings Bank, F.S.B.,  
             PO Box 2300,   Honolulu, HI  96804-2300  
                                                                                                                                                TOTAL: 1

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2017 at the address(es) listed below:  
        Bradley R. Tamm    on behalf of Trustee Howard M.S. Hu btamm@hawaiiantel.net  
        Cynthia M. Johiro    on behalf of Creditor    Department of Taxation, State of Hawaii  
         atg.tax.hbcf@hawaii.gov,   cynthia.m.johiro@hawaii.gov  
        Dawn Aki Egusa    on behalf of Debtor Robert Michael Cordova degusa@kdubm.com,   kdubm_bk@kdubm.com  
        Howard M.S. Hu    on behalf of Trustee Howard M.S. Hu Ch13mail@aol.com,  
         hhu1h13@ecf.epiqsystems.com  
        Howard M.S. Hu    Ch13mail@aol.com,   hhu1h13@ecf.epiqsystems.com  
        Karyn A. Doi    on behalf of Creditor    Bayview Loan Servicing LLC karyn@leu-okuda.com,  
         lisa@leu-okuda.com  
        Karyn A. Doi    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as  
         Trustee karyn@leu-okuda.com,   lisa@leu-okuda.com  
        Nicolas Kaleio Fong    on behalf of Creditor    Bayview Loan Servicing LLC Kaleio@paclawteam.com  
        Office of the U.S. Trustee.    ustpregion15.hi.ecf@usdoj.gov  
        Steven   Guttman    on behalf of Attorney    Kessner Umebayashi Bain & Matsunaga kdubm_bk@kdubm.com  
        Steven   Guttman    on behalf of Debtor Robert Michael Cordova kdubm_bk@kdubm.com  
        Susan   Tius    on behalf of Creditor    American Savings Bank, F.S.B. Stius@rmhawaii.com  
                                                                                                                                                      TOTAL: 12

H9022 (12/15)

| Information to identify the case: | |
|---|---|
| Debtor 1 | **Robert Michael Cordova** |
| | Name |
| Debtor 2 (Spouse, if filing) | |
| | Name |

United States Bankruptcy Court
District of Hawaii

Case number: **13–00266**
Chapter: **13**

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Amended Stipulated Order Regarding Creditor American Savings Bank, FSB Proof of Claim (related document(s)59 Stipulated Order). Date of Entry: 7/10/2017. (LL)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date: July 10, 2017

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

Michael B. Dowling
Clerk