Filer's Name, Address, Phone, email:
Kessner Umebayashi Bain & Matsunaga
Steven Guttman  1289-0
Dawn Egusa  9359-0
220 South King Street, Suite 1900
Honolulu, Hawaii  96813
Telephone:  (808) 536-1900
Facsimile:  (808) 529-7177
Email:  kdubm_bk@kdubm.com

hib_5010m (12/12)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

Debtor(s):  **ROBERT MICHAEL CORDOVA**　　　Chapter 13　　Case No. **13-00266**

## MOTION TO REOPEN CASE

Moving Party:　ROBERT MICHAEL CORDOVA

⦿ Debtor　　◯ Creditor/Party in Interest　　◯ U.S. Trustee　　◯ Trustee

The above-named party moves for an order reopening the case for the reason(s) stated below.

Dated: September 29, 2017　　　Signature: /s/　STEVEN GUTTMAN

*Print name if original signature*

Debtor seeks to reopen this proceeding for the limited purpose of further amending that certain Amended Stipulated Order Regarding Creditor American Savings Bank, F.S.B.'s Proof of Claim (Dkt #74), filed herein on July 10, 2017, to meet the specific recording requirements of the Land Court of the State of Hawaii.  See Declaration of Steven Guttman filed concurrently herewith.