H9013-3B (3/16)

| Filer's Name, Address, Phone, email:<br>Kessner Umebayashi Bain & Matsunaga<br>Steven Guttman 1289-0<br>Dawn Egusa 9359-0<br>220 South King Street, Suite 1900<br>Honolulu, Hawaii 96813<br>Telephone: (808) 536-1900<br>Facsimile: (808) 529-7177<br>Email: kdubm_bk@kdubm.com |  |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

| Debtor(s): ROBERT MICHAEL CORDOVA | Case No.: 13-00266 |
|---|---|
| | Related Docket No.: 81, 82 |

**CERTIFICATE OF SERVICE**

| *Document(s) served:*<br>Ex Parte Motion to Reopen Chapter 13 Case; Declaration of Steven Guttman; Exhibit "A" | *Date served:*<br>9/29/17 & 9/30/17 |
|---|---|

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.** *[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution. Attach continuation sheets as needed.]*

| Example:<br>• Name of person served<br>• If attorney, name of client<br>• Mailing address or<br>   Email address if served via ECF or<br>   Fax number if served by fax | Bradley R. Tamm, Esq. (ECF)<br>btamm@hawaiiantel.net<br>Attorney for Chapter 13 Trustee | Office of the U.S. Trustee (ECF)<br>ustpregion15.hi.ecf@usdoj.gov<br><br>Howard M. S. Hu (ECF)<br>ch13mail@aol.com<br>Chapter 13 Trustee |
|---|---|---|
| Karyn A. Doi, Esq. (ECF)<br>karyn@leu-okua.com<br>Attorney for The Bank of New York Mellon, as Trustee | Cynthia M. Johiro, Esq. (ECF)<br>atg.tax.hbcf@hawaii.gov<br>Attorney for Hawaii Dept. of Taxation | Nicolas Kaleio Fong, Esq. (ECF)<br>Kaleio@paclawteam.com<br>Attorney for Bayview Loan Servicing LLC |
| Susan Tius, Esq. (ECF)<br>stius@rmhawa..com<br>Attorney for American Savings Bank | | Creditors and parties-in-interest listed in Exhibit "A" attached hereto by U.S. Mail, postage pre-paid on 9/30/2017 |

| Dated:<br>September 30, 2017 | /s/ STEVEN GUTTMAN<br>[*Print name and sign*] |
|---|---|

American Savings Bank, F.S.B.
Legal Department
P.O. Box 2300
Honolulu, HI 96804-2300

Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd, 5th Floor
Coral Gables, FL 33146

Hawaii Department of Taxation
Bankruptcy Unit
P.O. Box 259
Honolulu, HI 96809-0259

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

# EXHIBIT "A"